Travis Arsenio FLOYD

v.

STATE

CR-13-1649

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Leonard Jerry KOGER, Jr.

v.

STATE

CR-13-1650

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Glen D. LEE

v.

STATE

CR-13-1652

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Steven Lewis Sanders MOORE

v.

STATE

CR-13-1654

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Rico Demetrius EARL

v.

STATE

CR-13-1655

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied